# Contract & Cure Schedule

| Counterparty | Description of Contract/Lease | Cure Amount |
|---|---|---|
| NMHG Financial Services, Inc.<br>P.O. Box 643749<br>Pittsburgh, PA 15264 | Forklift Lease | $7,646.82 |
| Pitney Bowes Credit Corp.<br>P.O. Box 909<br>Shelton, CT 06484-0949 | Mailing System Lease | $0.00 |
| Ryder Transportation Services<br>P.O. Box 96723<br>Chicago, IL 60693 | Truck Lease | $1,724.78 |
| Wells Fargo Financial Leasing, Inc.<br>P.O. Box 6434<br>Carol Stream, IL 60197 | Photocopier Lease | $416.63 |
| Dang Tu Ky Leather Co., Ltd.<br>H24A-24B-25-26-27, Road 3<br>Le Minh Xuan Industrial Zone<br>Binh Chanh Dist, Hochiminh City<br>VIETNAM | Production Agreement | $0.00 |
| Key Equipment Finance<br>600 Travis, Suite 1300<br>Houston, TX 77002 | Xerox Photocopier Lease | $136.52 |
| Hartland Pollution Control<br>c/o Peggy Morgan<br>Town of Hartland<br>P.O. Box 280<br>Hartland, ME 04943 | Sewage Treatment Contract | $96,734.80 |
| Unifirst<br>430 Riverside Industrial Pkwy<br>Portland, ME 04103-1436 | Uniform Contract | $1,416.50 |
| Cinta Corporation<br>15 Eisenhower Drive<br>Westbrook, ME 04092 | Uniform Contract | $3,152.88 |
| Moore & Giles, LLC<br>3018 Carroll Avenue<br>P.O. Box 11766<br>Lynchburg, VA 24506 | Commission Agreement | $35,568.37 |
| Ross Bear<br>Suite #103-234<br>16420 S.E. McGillivray Blvd<br>Vancouver, WA 98683 | Commission Agreement | $1,192.73 |

| | | |
|---|---|---:|
| Craig Scotland<br>P.O. Box 248<br>Cape Neddick, ME 03902 | Commission Agreement | $1,469.55 |
| 4B Leather Company<br>646 High Street<br>Westwood, MA 02090 | Commission Agreement | $16,568.86 |
| R.F. Hood<br>96 Pitfield Agincourt<br>Ontario, Canada<br>M1S1Y6 | Commission Agreement | $135.75 |
| Wolverine World Wide Inc.<br>9341 Courtland Drive, N.E.<br>Rockford, MI 49351 | Bailment and Service Agreement | $0.00 |