# Proceeding Minutes / Proceeding Memo

*Case #:* 10-11757     *Case Name:* Irving Tanning Company
*Set:* 01/07/2011 10:00 am   *Chapter:* 11   *Type:* bk   *Judge* Louis H. Kornreich
*matter* Doc# 154 MOTION FOR ORDER re: Bid Procedures, etc.

Minute Entry re: (related document(s): [154] Motion re: Bid Procedures) Appearances: Fred W. Bopp III, Roger A. Clement, Jr., Michael A. Fagone, Courtney L. Hansen, Robert J. Keach, Bradley M. Lown, Nathan Martell, John P. McVeigh, Jennifer H. Pincus. Motion granted. Revised Proposed Order due by 01/14/2011. (LJS)