# *Proceeding Minutes / Proceeding Memo*

***Case #:*** 10-11757 ***Case Name:*** Irving Tanning Company

***Set:*** 01/31/2011 10:00 am ***Chapter:*** 11 ***Type:*** bk ***Judge*** Louis H. Kornreich

***matter*** Doc# 156 MOTION TO SELL

---

Minute Entry re: (related document(s): [156] Motion to Sell) Appearances : Fred W. Bopp III,, Christian T. Chandler, Roger A. Clement, Jr., Michael A. Fagone, Douglas R. Gooding, Courtney L. Hansen, Robert J. Keach, Jacob A. Manheimer, Nathan Martell, John P. McVeigh, Stephen G. Morrell, Jennifer H. Pincus, Marc Peter Solomon. Motion granted. Order to enter. (LJS)